# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON                                      **DATE**:   OCTOBER 3, 2023

**JUDGE** ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL


**TITLE OF CASE:**                                **DOCKET NO. 23-CV-1316 (RK) (TJB)**

SHARON BYCKO ET AL

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ET AL

**APPEARANCES:**

James Barry, Esq. and Michael Galpern, Esq., counsel for Plaintiffs

Steven Penaro, Esq., Matthew Wapner, Esq., Christopher Rojao, Esq., and Cari Dawson, Esq., counsel for Defendants

**NATURE OF PROCEEDINGS**: MOTION HEARING

Oral Argument re [20] Motion to Dismiss by Verisk Analytics, [21] Motion to Dismiss by State Farm Mutual Automobile Insurance Company, and [38] Motion to Remand by Sharon Bycko, Angela Killman-Anderson, Debra Lawless, Pamela Norton and Jeremy Waller.

Decision reserved.


**Time Commenced:**   11:55 a.m.
**Time Adjourned**:    1:12 p.m.
**Total Time**:        1 hour 17 minutes


_Patricia Markey_
COURTROOM DEPUTY