# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Sharon Bycko; David Grubbs; Angela Killman-Anderson; Debra Lawless; Pamela S. Norton; and Jeremy Waller on behalf of themselves and all others similarly situated, | Civil Action No. 23-1316 (RK) (TJB) |
| Plaintiffs, | **ORDER** |
| v. | |
| State Farm Mutual Automobile Insurance Company; Verisk Analytics, Inc. d/b/a ISO ClaimSearch; and Insurance Services Office, Inc., a subsidiary of Verisk, | |
| Defendants. | |

**THIS MATTER** comes before the Court on a number of motions by the parties, including Defendants Verisk Analytics, Inc. d/b/a ISO ClaimSearch and Insurance Services Office, Inc.'s (together, "Verisk" or "Defendant") Motion to Dismiss, ("Verisk Mot.," ECF No. 20), Defendant State Farm Mutual Insurance Company's ("State Farm," or "Defendant") Motion to Dismiss, ("SF Mot.," ECF No. 21), and Plaintiffs Sharon Bycko, Angela Killman-Anderson, Debra Lawless, Pamela Norton and Jeremy Waller's (collectively, "Plaintiffs") Motion to Remand. ("MTR," ECF No. 38.) For the reasons set forth in the accompanying Opinion, and for other good cause shown,

**IT IS** on this 9th day of November, 2023, **ORDERED** that:

1. Plaintiffs' Motion to Remand (ECF No. 38) is **GRANTED**;

2.  Defendants' Motions to Dismiss (ECF Nos. 20 and 21) are **DENIED** as moot; and

3.  The Clerk of Court is directed to remand this matter to the Superior Court of New

    Jersey, Law Division, Middlesex County.

**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**