**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**U.S. District Court for the District of New Jersey**

SHARON BYCKO, et al.

          Plaintiff,

v.

          Case No.: 3:23−cv−01316−RK−TJB

          Magistrate Judge Tonianne J. Bongiovanni

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.

          Defendant.

Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID−L−000356−23

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

          Very truly yours,

          CLERK OF COURT
          By Deputy Clerk, amv

encl.
cc: All Counsel